No. 04–8501. ROBERSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–8504. LEACH v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 04–8508. BELTRAN v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8511. TREECE v. ORLEANS PARISH CITY GOVERNMENT JUDICIAL BRANCH ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–8513. MIDDLEBROOKS v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 04–8514. CARDWELL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 04–8534. MUONG v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8559. TOLE v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 04–8641. BECKER v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 04–8644. COLIDA v. SANYO NORTH AMERICA CORP. C. A. Fed. Cir. Certiorari denied.

No. 04–8676. BABINEAUX v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–8698. BURTCHETT v. IDAHO. C. A. 9th Cir. Certiorari denied.

No. 04–8749. LESLIE v. ABBOTT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–8760. BROWN v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 04–8790. O'NEILL v. RICHLAND COUNTY BOARD ET AL. C. A. 7th Cir. Certiorari denied.